**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

OBIE PHILLIPS,                                   :
                                                 :
     Plaintiff,                                :
                                                 :
v.                                               :       CASE NO.: 1:24-CV-165 (LAG)
                                                 :
TYRONE OLIVER, *et al.*,                         :
                                                 :
     Defendant.                                :
                                                 :

## ORDER

Plaintiff Obie Phillips, an inmate in Dooly State Prison in Unadilla, Georgia, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). After being denied leave to proceed *in forma pauperis*, Plaintiff paid the full filing fee. (Doc. 6). Thereafter, the United States Magistrate Judge conducted a preliminary review of Plaintiff's complaint. (Doc. 8 at 9–12). On that review, the Magistrate Judge found that Plaintiff had not stated a claim for relief and ordered Plaintiff to recast his complaint if he wanted to proceed with this action. (*Id.*). Plaintiff was given fourteen days to recast his complaint and was cautioned that his failure to do so could result in the dismissal of this case. (*Id.* at 12).

More than fourteen days passed following the entry of that order, but Plaintiff did not file a recast complaint or otherwise respond to the order. Accordingly, Plaintiff was ordered to show cause to the Court why this case should not be dismissed based on his failure to comply with the order to recast his complaint. (Doc. 9). Plaintiff was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case. (*Id.*).

More than fourteen days have passed since the show cause order was entered, and Plaintiff has not responded to that order. Therefore, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute this case, the complaint is **DISMISSED WITHOUT PREJUDICE**. See Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*,

205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (citations omitted) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

        **SO ORDERED**, this 4th day of June, 2025.

                          /s/ Leslie A. Gardner
                          **LESLIE A. GARDNER, CHIEF JUDGE**
                          **UNITED STATES DISTRICT COURT**