IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| OBIE PHILLIPS , | * |
| Plaintiff, | * |
| v. | Case No.: 1:24-CV-165 (LAG) |
| | * |
| TYRONE OLIVER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated June 4, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of August, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk